IN THE SUPREME COURT OF TEXAS

 No. 04-0865

 IN RE MERRILL LYNCH TRUST COMPANY FSB, MERRILL LYNCH LIFE INSURANCE
 COMPANY, AND HENRY MEDINA

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed September 29,
2004, is granted. All trial court proceedings in Cause No. 03-60747-00-0-
4, styled Juan Alaniz and Norma Alaniz v. Merrill Lynch Trust Company FSB,
Merrill Lynch Life Insurance Company and Henry Medina, in the County Court
at Law No. 4 of Nueces County, Texas, are stayed pending further order of
this Court.

 Done at the City of Austin, this January 24, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk